UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14-33034-DHW
Chapter 13

ALLEN RICKY MOSLEY
XXX-XX-6146

Debtor

## CHAPTER 13 NOTICE OF COMPLETION OF CHAPTER 13 PAYMENTS

Comes now the Chapter 13 Trustee in the above styled case and hereby gives notice of the debtor's completion of the Chapter 13 plan payments pursuant to 11 USC §1328(a).

Done Tuesday, June 30, 2015.

Office of the Chapter 13 Trustee  
P. O. Box 173  
Montgomery, AL 36101  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: Ch13Trustee@ch13mdal.com

*/S/ Curtis C. Reding*  
Curtis c. Reding, Trustee

## CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that I have served a copy of the foregoing CHAPTER 13 NOTICE OF COMPLETION OF CHAPTER 13 PAYMENTS on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed.

Done, Tuesday, June 30, 2015.

*/S/ Curtis C. Reding*  
Curtis c. Reding, Trustee

cc: Debtor (s)  
 Debtor Attorney  
 All Creditors